IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GREAT DIVIDE INSURANCE CO.,   )
                              )
            Plaintiff,        )
                              )
      vs.                     )
                              )
MICHAEL J. VANSTROM, Individually )
and d/b/a ALASKA ELITE OUTFITTERS, )
and COLETTE COHEN-BARCE,      )
                              )           No. 3:22-cv-0218-HRH
            Defendants.       )
_____)

O R D E R

Motion to Default

Plaintiff moves for the entry of judgment by default against defendant Colette Cohen-Barce.[1] The motion is opposed by Cohen-Barce.[2] In addition to opposing plaintiff's motion, counsel has entered an appearance on behalf of Cohen-Barce.[3] The motion for entry of default was filed on March 9, 2023; and Cohen-Barce's opposition and appearance were served and filed the same day. In opposing plaintiff's motion for default judgment, counsel for Cohen-Barce seeks an extension of time to respond to plaintiff's complaint until March 31, 2023. Plaintiff's summons and complaint were served upon

---

[1] Docket No. 14.

[2] Docket No. 18.

[3] Docket No. 17.

ORDER – Motion to Default                                        - 1 -

Cohen-Barce on November 12, 2022; and it is clear from the declaration of counsel for plaintiff[4] that both defendant Cohen-Barce and her counsel have known of this case since October of 2022.

Cohen-Barce is technically in default for failure to timely respond to plaintiff's summons and complaint. Nevertheless, the court declines to enter Cohen-Barce's default or enter default judgment in light of the fact that Cohen-Barce appeared through counsel and has responded to plaintiff's motion for entry of default judgment.

The extension of time which Cohen-Barce's counsel seeks for purposes of responding to plaintiff's complaint is excessive in light of the above-described history of this case. Defendant Cohen-Barce shall respond to plaintiff's complaint on or before **March 27, 2023**.

Once this order has been entered, the clerk will please issue the court's Rule 16(b) order, calling for a conference of counsel and the filing of a scheduling and planning conference report.

DATED at Anchorage, Alaska, this  14th  day of March, 2023.

/s/  H. Russel Holland
United States District Judge

---

[4]Docket No. 15.