# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| GREAT DIVIDE INSURANCE CO.,<br>*Plaintiff*<br>v.<br>MICHAEL J. VANSTROM, Individually and d/b/a ALASKA ELITE OUTFITTERS, and COLETTE COHEN-BARCE,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:22-cv-00218-HRH |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT Plaintiff's complaint against Defendant Colette Cohen-Barce is dismissed without leave to amend.

APPROVED:

**s/H. Russel Holland**
H. Russel Holland
United States District Judge

Date: May 15, 2023

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*